UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIET ELAINE ADAMS,<br><br>             Plaintiff,<br><br>      v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>             Defendant. | No. 2:20-cv-03202-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $1,600 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: November 04, 2020

_____
JOHN D. EARLY
United States Magistrate Judge